RONALD A. MARRON (State Bar No. 175650)
ron@consumeradvocates.com
ALEXIS M. WOOD (State Bar No. 270200)
alexis@consumeradvocates.com
KAS L. GALLUCCI (State Bar No. 288709)
kas@consumeradvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Fax: (619) 564-6665

Attorneys for Plaintiff

LEE S. BRENNER (State Bar No. 180235)
lbrenner@kelleydrye.com
ANDREW H. DUBIN (State Bar No. 292645)
adubin@kelleydrye.com
KELLEY DRYE & WARREN LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067
Telephone: (310) 712-6170
Fax: (310) 712-6199

Attorneys for Defendant Contextlogic, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN STRACZYNSKI, on behalf of herself, and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTEXTLOGIC, INC., d/b/a Wish.com,<br><br>　　　　Defendant | Case No. 3:18-cv-00855-L-NLS<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:　　May 3, 2018<br>District Judge:　　Hon. M. James Lorenz<br>Magistrate Judge:　Hon. Nita L. Stormes<br>Current Response Date: May 25, 2018<br>New Response Date:　June 8, 2018 |

Pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 12.1, the parties, by their undersigned attorneys, hereby jointly move the Court to extend the time to respond to the Complaint by two weeks from May 25, 2018 to June 8, 2018.

## I.   RECITALS

WHEREAS, Defendant's deadline to respond to the Complaint is currently May 25, 2018;

WHEREAS, good cause exists to extend the deadline for Defendant Contextlogic, Inc. to respond to Plaintiff's Complaint as additional time is necessary for Contextlogic, Inc. to analyze the issues raised in the Complaint and determine an appropriate response;

WHEREAS, the Parties have conferred on this matter and agree to the terms of this Joint Motion;

WHEREAS, the Parties aver that the requested continuance will not prejudice either party or result in undue delay; and

WHEREAS, the Parties have not previously applied to the Court for a continuance of the Response deadline or any related date.

## II.   JOINT MOTION

NOW, THEREFORE, for these reasons, Plaintiff and Defendant hereby jointly respectfully move this Court to enter an Order extending the time to respond to the Complaint to June 8, 2018.

Dated:  May 22, 2018          LAW OFFICES OF RONALD A. MARRON

By:   */s/ Kas L. Gallucci*
      Kas L. Gallucci
      Attorneys for Plaintiff
      EVELYN STRACZYNSKI

| | | |
|---|---|---|
| Dated: May 22, 2018 | | KELLEY DRYE & WARREN LLP |
| | By: | */s/ Andrew H. Dubin* |
| | | Andrew H. Dubin |
| | | Attorney for Defendant CONTEXTLOGIC, INC. d/b/a Wish.com |

### **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to Kas L. Gallucci, counsel for Plaintiff, and that I have obtained Ms. Gallucci's authorization to affix her electronic signature to this document.

| | | |
|---|---|---|
| Dated: May 22, 2018 | | KELLEY DRYE & WARREN LLP |
| | By: | */s/ Andrew H. Dubin* |
| | | Andrew H. Dubin |
| | | Attorney for Defendant CONTEXTLOGIC, INC. d/b/a Wish.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018 I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Ronald Marron
Alexis M. Wood
Kas L. Gallucci
LAW OFFICE OF RONALD MARRON
651 Arroyo Drive
San Diego, CA 92103
ron@consumeradvocates.com
alexis@consumeradvocates.com
kas@consumeradvocates.com


  */s/ Andrew H. Dubin*_____